### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20024-UU

GLORIA GARCIA,

     Plaintiff,

v.

FOUR BLR DOORS, CORP., *et al.*,

     Defendants.

_____/

### <u>ORDER OF REFERENCE</u>

PURSUANT to the parties' Consent to Magistrate Jurisdiction (D.E. 62), 28 U.S.C. § 636, Federal Rule of Civil Procedure 73, and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to Chief United States Magistrate Judge John J. O'Sullivan for any and all further proceedings in this matter, to include the evaluation of the fairness of the parties' settlement and to enter final judgement.  It is further

ORDERED AND ADJUDGED that Magistrate Judge O'Sullivan's adjudication on all such matters shall be directly appealable to the Eleventh Circuit Court of Appeals.  It is further

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that courtesy copies of all materials necessary to the resolution of the referred matters shall be directed to Magistrate Judge O'Sullivan's chambers.  It is further

ORDERED AND ADJUDGED that this case is CLOSED and all future hearings are CANCELLED **as to the docket of the Honorable Ursula Ungaro ONLY**.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th__ day of November, 2020.

_____

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record
Magistrate Judge John J. O'Sullivan