UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-20024-CIV-O'SULLIVAN

[CONSENT]

GLORIA GARCIA and
JANETH ZAPATA
    Plaintiffs,

v.

FOUR BLR DOORS, CORP., and
ISRAEL LA RED, individually,
    Defendants.
_____/

**ORDER**

THIS MATTER is before the Court pursuant to the Consent to Magistrate [Judge] Jurisdiction (DE# 62, 11/11/20) and the Joint Notice of Settlement (DE# 63. 11/11/20) filed by the parties. This matter was referred to the undersigned by the Honorable Ursula Ungaro pursuant to 28 U.S.C. § 636(b) (DE# 64, 11/17/20). Accordingly, it is

ORDERED AND ADJUDGED that a telephonic fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Monday, November 23, 2020**, at **3:00 PM**. All parties (and non-parties who wish to attend) shall, at the time of the hearing, call the Court's audio conference number **(888) 363-4735** and enter the access code **7229437#**. To the extent possible, counsel arguing the matter must call from a landline. All other attendees must keep their telephone on mute.

THE CLERK OF THE COURT IS DIRECTED TO RE-OPEN THE CASE.

.    DONE AND ORDERED in Chambers at Miami, Florida, this **17th** day of November, 2020.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE